UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------
SALOMON WEISS

                                                                                                              21 CV 3258 (LDH) (VMS)

                             Plaintiff,

    -against-

NORTHSTAR LOCATIONS SERVICES, LLC

                             Defendant.

---------------------------------------------------------

### NOTICE OF VOLUNTARY DISMISSAL

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel on behalf of the plaintiff, that pursuant to Rule 41(a)(1), this action shall be, and it hereby is, dismissed and without costs to all parties.


*Adam J. Fishbein*
_____
Adam J. Fishbein, P.C.  (AF-9508)
Attorney At Law
**Attorney for the Plaintiff**
735 Central Avenue
Woodmere, New York 11598
516-668-6945

SO ORDERED:


_____
U.S.D.J.